UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:19-CR-30-REW-HAI |
| v. | ) | |
| | ) | ORDER |
| BRICE E. HUBBARD, | ) | |
| | ) | |
| Defendant. | | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition (DE 139) of United States Magistrate Judge Hanly A. Ingram, addressing Defendant Brice E. Hubbard's guilty plea as to the sole count of the Indictment (DE 9). DE 138 (Minutes). Defendant appeared before Judge Ingram on June 5, 2020. *Id.* After consenting to plead before a United States Magistrate Judge (DE 137) and engaging in the full colloquy required by Rule 11, Hubbard proceeded to plead guilty. DE 139. Judge Ingram found Defendant competent to plead and that he did so in a knowing and voluntary fashion; he further found that an adequate factual basis supported the plea as to each essential element of the charged offense. *Id.* Accordingly, Judge Ingram recommended that the Court accept Defendant's plea and adjudge him guilty of the offense charged in the sole count of the Indictment. *Id.*

Defendant had three days within which to object to Judge Ingram's recommendation, and he has not done so. Nor has the United States objected. While this Court reviews *de novo* those portions of a Recommended Disposition to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate[] [judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct.

466, 472 (1985). When the parties do not object to the Magistrate Judge's recommended disposition, they waive any right to review. *See* Fed. R. Crim. P. 59(b); *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption).

The Court thus **ADOPTS** the Recommended Disposition (DE 139), accepts the plea, and **ADJUDGES** Brice E. Hubbard guilty of the offense charged in the sole count of the Indictment. An Order scheduling sentencing follows. Defendant remains detained per prior Orders.

This the 12th day of June, 2020.

Signed By:
*Robert E. Wier*  REW
United States District Judge